IN THE SUPREME COURT OF NORTH CAROLINA

No. 81A24

Filed 21 March 2025

STATE OF NORTH CAROLINA

v.

MARK ALAN MILLER

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 292 N.C. App. 519 (2024), finding no error after an appeal from judgments entered on 19 November 2021 by Judge Peter B. Knight in Superior Court, Henderson County. On 28 June 2024, the Supreme Court allowed in part defendant's petition for discretionary review as to additional issues. Heard in the Supreme Court on 18 February 2025.

*Jeff Jackson, Attorney General, by Jodi P. Carpenter, Assistant Attorney General, for the State-appellee.*

*The Carolina Law Group, by Kirby H. Smith III and Thomas A. Kellis II, for defendant-appellant.*

PER CURIAM.

AFFIRMED.